**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE:<br>DEANDRE HAWKINS,<br>　　　　　　　　　　　Plaintiff. | Case No. 3:21-CV-00383-MMD-CLB<br>**ORDER DIRECTING PLAINTIFF TO FILE COMPLAINT** |

　　　　On August 26, 2021, Plaintiff DeAndre Hawkins ("Hawkins") filed an application to proceed *in forma pauperis*, (ECF No. 1), and a blank complaint form, (ECF No. 1-1). Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Because Hawkins filed a blank complaint form, no action has been commenced in this Court.

　　　　Accordingly, **IT IS ORDERED** that the Clerk of the Court will **SEND** to Hawkins the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

　　　　**IT IS FURTHER ORDERED** that Hawkins will have until **October 27, 2021**, to submit a complaint to this Court. If Hawkins does not timely comply with this order, dismissal of this action may result.

　　　　**IT IS SO ORDERED.**

　　　　DATED: September 27, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**