UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| IN RE: | Case No. 3:21-CV-00383-MMD-CLB |
|---|---|
| DEANDRE HAWKINS, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |
| Plaintiff. | |

**I.    DISCUSSION**

On August 26, 2021, Plaintiff DeAndre Hawkins ("Hawkins") filed an application to proceed *in forma pauperis*, (ECF No. 1), and a blank complaint form, (ECF No. 1-1). Thus, on September 27, 2021, the Court gave Hawkins until October 27, 2021, to submit a complaint. (ECF No. 3.) The Court cautioned Hawkins that failure to timely comply with the order may result in dismissal of the action. (*Id.*) To date, Hawkins has not complied with this Court's order, as he has not filed a complaint. Accordingly, the Court recommends that Hawkin's IFP application, (ECF No. 1), be denied, and this action be dismissed, without prejudice, for Hawkin's failure to comply with this Court's order to file a complaint with the Court.

The parties are advised:

1.    Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2.    This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

---

[1]    This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice IB 1-4.

## II. RECOMMENDATION

For the reason stated above, the Court recommends that the District Court enter an order **DENYING** the motion to proceed *in forma pauperis*, (ECF No. 1), and **DISMISSING** this action, without prejudice.

DATED: November 2, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**